## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :
AMERICAN HOME MORTGAGE                                       :   Chapter 11
HOLDINGS, INC., a Delaware corporation,                      :
                                                             :   Case No. 07-11047 (CSS)
               Debtor.                                       :
                                                             :
Employer Tax I.D. No. 13-4066303                             :
------------------------------------------------------------ x
In re:                                                       :
                                                             :
AMERICAN HOME MORTGAGE                                       :   Chapter 11
INVESTMENT CORP., a Maryland corporation,                    :
                                                             :   Case No. 07-11048 (CSS)
               Debtor.                                       :
                                                             :
Employer Tax I.D. No. 20-0103914                             :
------------------------------------------------------------ x
In re:                                                       :
                                                             :
AMERICAN HOME MORTGAGE                                       :   Chapter 11
ACCEPTANCE, INC., a Maryland corporation,                    :
                                                             :   Case No. 07-11049 (CSS)
               Debtor.                                       :
                                                             :
Employer Tax I.D. No. 20-0201979                             :
------------------------------------------------------------ x
In re:                                                       :
                                                             :
AMERICAN HOME MORTGAGE                                       :   Chapter 11
SERVICING, INC., a Maryland corporation,                     :
                                                             :   Case No. 07-11050 (CSS)
               Debtor.                                       :
                                                             :
Employer Tax I.D. No. 52-0957267                             :
------------------------------------------------------------ x
```

| | |
|---|---|
| In re: | : |
| | : |
| AMERICAN HOME MORTGAGE CORP., | : |
| a New York corporation, | : Chapter 11 |
| | : |
|       Debtor. | : Case No. 07-11051 (CSS) |
| | : |
| Employer Tax I.D. No. 13-3461558 | : |
| ----------------------------------------------------------------- x | |
| In re: | : |
| | : |
| AMERICAN HOME MORTGAGE | : Chapter 11 |
| VENTURES LLC, a Delaware limited liability company, | : |
| | : Case No. 07-11052 (CSS) |
|       Debtor. | : |
| | : |
| Employer Tax I.D. No. 36-4571407 | : |
| ----------------------------------------------------------------- x | |
| In re: | : |
| | : |
| HOMEGATE SETTLEMENT SERVICES, INC., | : Chapter 11 |
| a New York corporation, | : |
| | : Case No. 07-11053 (CSS) |
|       Debtor. | : |
| | : |
| Employer Tax I.D. No. 20-0167491 | : |
| ----------------------------------------------------------------- x | |
| In re: | : |
| | : |
| GREAT OAK ABSTRACT CORP., | : Chapter 11 |
| a New York corporation, | : |
| | : Case No. 07-11054 (CSS) |
|       Debtor. | : |
| | : |
| Employer Tax I.D. No. 11-3628580 | : |
| ----------------------------------------------------------------- x | |

**ORDER AUTHORIZING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1**

2

DB02:6158969.2                                                    066585.1001

Upon consideration of the motion (the "Motion")[1] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the joint administration of the Debtors' cases under chapter 11 of the Bankruptcy Code; and upon the Declaration of Michael Strauss in Support of the Debtors' Chapter 11 Petitions and First Day Relief; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by this Motion is in the best interests of these estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 07-11047 (CSS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1, and the joint caption of the cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
AMERICAN HOME MORTGAGE                                           :  Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,                  :
                                                                 :  Jointly Administered
                              Debtors.                           :
---------------------------------------------------------------- x

All original pleadings shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of American Home Mortgage Holdings, Inc., a Delaware corporation, Case No. 07-11047 (CSS), and a docket entry shall be made in the other Debtors' chapter 11 cases and in the event related cases are subsequently filed, substantially as follows:

> An order has been entered in this case directing joint administration for procedural purposes only of the chapter 11 cases of American Home Mortgage Holdings, Inc., a Delaware corporation; American Home Mortgage Investment Corp., a Maryland corporation; American Home Mortgage Acceptance, Inc., a Maryland corporation; American Home Mortgage Servicing, Inc., a Maryland corporation; American Home Mortgage Corp., a New York corporation; American Home Mortgage Ventures LLC, a Delaware limited liability company; Homegate Settlement Services, Inc., a New York corporation; and Great Oak Abstract Corp., a New York corporation, and all subsequently filed chapter 11 cases of such debtors' affiliates, and the docket in Case No. 07-11047 (CSS) should be consulted for all matters affecting this case.

DB02:6158969.2                                                                           066585.1001

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
August 7, 2007

_____
Christopher S. Sontchi
United States Bankruptcy Judge