UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: American Home Mortgage
Investment Corp.
Debtor

: Chapter 11
: Case No. 07-11048-CSS

## WITHDRAWAL OF PROOF OF CLAIM #1097 DATED September 17, 2007 BY HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY

1. On August 6, 2007, American Home Mortgage Investment Corp (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court, District of Delaware.

2. On September 17, 2007, Hartford Fire Insurance Company as Assignee of Hartford Specialty Company filed proof of claim #1097 in the Debtor's Chapter 11 case.

WHEREFORE, Hartford Fire Insurance Company as Assignee of Hartford Specialty Company hereby withdraws the above-referenced Proof of Claim.

HARTFORD FIRE INSURANCE COMPANY AS
ASSIGNEE OF HARTFORD SPECIALTY
COMPANY

By_____
Hank D. Hoffman
Assistant Vice-President
The Hartford
Hartford Plaza
Hartford, CT 06115

Executed this 31st day of August, 2010



One Hartford Plaza
Hartford, CT 06155
T  (860) 547 5000

**THE HARTFORD**

September 15, 2010

U.S. Bankruptcy Court Clerk
District of Delaware
824 N. Market Street #500
Wilmington, DE 19801

Re:  American Home Mortgage Investment Corp.
     Chapter 11 Bankruptcy Case No. 07-11048-CSS
 <u>Withdrawal of Proof of Claim #1097 dated 09/17/07 by Hartford Fire Insurance Company</u>

Dear Sir or Madam:

Enclosed for filing with respect to the above-referenced matter, please find original Withdrawal of our Administrative Proof of Claim #1097 dated September 17, 2007 of Hartford Fire Insurance Company.

Please file the original and date-stamp and return the enclosed copy in the pre-addressed postage-paid envelope. If you have any questions, please do not hesitate to contact me at the telephone number below.

Very truly yours,

*Maryann Ellington*

Maryann Ellington
Senior Bankruptcy Analyst
(860) 547-7640

Hartford Fire Insurance Company
Hartford Plaza T-1-55
Hartford, CT 06115