IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
DELAWARE DIVISION

IN RE:

HOME MORTGAGE INVESTMENT CORP.

CASE NO. 07-11048
CHAPTER 11
JUDGE CHRISTOPHER S. SONTCHI

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/Melissa Sawyers
_____
Melissa Sawyers, Esq. Georgia Bar No. 142597
1544 Old Alabama Road
Roswell, Georgia 30076-2102
678-281-3929/866-370-4189 Fax

*Authorized Agent for America's Servicing Company*

File Number ASC-11-19782 /
Request for Service of Notice

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011 a copy of the foregoing Notice of Appearance was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses registered with the Court:

1. Office of the U.S. Trustee
   *Served Electronically*

2. NEED TRUSTEE, Trustee
   *Served Electronically*

3. Pauline K. Morgan
   bankfilings@ycst.com

/s/ Melissa Sawyers
Melissa Sawyers

MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, Georgia 30076
(678) 281-3929
ms1@mccallaraymer.com

File Number ASC-11-19782 /
Request for Service of Notice